**Dismiss and Opinion Filed January 24, 2024**



In The
### Court of Appeals
### Fifth District of Texas at Dallas

No. 05-22-01373-CV

**FOCUSED POST ACUTE PARTNERS MANAGEMENT, LLC, Appellant**
**V.**
**RELIANT PRO REHAB, LLC D/B/A RELIANT REHABILITATION,**
**Appellee**

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-03883-2020**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Nowell
Opinion by Justice Molberg

By agreed motion filed January 23, 2024, the parties inform the Court they have settled their dispute and, in accordance with their agreement, jointly request that this Court set aside the trial court's final judgment without regard to the merits, remand the case to the trial court for rendition of an agreed judgment in accordance with the parties' agreement, and tax any costs on appeal to the party incurring the same. *See* TEX. R. APP. P. 42.1(a)(2)(B), (d).

We grant the motion, set aside the trial court's Final Judgment without regard to the merits, remand the case to the trial court for rendition of an agreed judgment

in accordance with the parties' agreement, tax any costs on appeal to the party incurring the same, and dismiss the appeal.

221373f.p05

/Ken Molberg/
KEN MOLBERG
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

FOCUSED POST ACUTE
PARTNERS MANAGEMENT,
LLC, Appellant

No. 05-22-01373-CV        V.

RELIANT PRO REHAB, LLC
D/B/A RELIANT
REHABILITATION, Appellee

On Appeal from the 471st Judicial
District Court, Collin County, Texas
Trial Court Cause No. 471-03883-
2020.
Opinion delivered by Justice
Molberg. Justices Pedersen, III and
Nowell participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

As agreed by the parties, we **ORDER** that the trial court's final judgment be
set aside without regard to the merits, **REMAND** the case to the trial court for
rendition of an agreed judgment in accordance with the parties' agreement, and
**ORDER** that each party bear its own costs of this appeal.

Judgment entered this 24th day of January, 2024.